ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**VARDON GOLF COMPANY, INC., Plaintiff–Appellant,**

v.

**KARSTEN MANUFACTURING CORPORATION, Defendant–Appellee.**

**No. 01–1557.**

United States Court of Appeals, Federal Circuit.

Sept. 5, 2001.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Everet L. BARRINGTON, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 01–7073.**

United States Court of Appeals, Federal Circuit.

Sept. 6, 2001.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Peter M. GLAZER and Pamela A. Havre.**

**No. 01–1393.**

United States Court of Appeals, Federal Circuit.

Sept. 6, 2001.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**UNITED STATES, Plaintiff–Appellee,**

v.

**WASHINGTON INTERNATIONAL INSURANCE CO., Defendant–Appellant.**

**No. 01–1403.**

United States Court of Appeals, Federal Circuit.

Sept. 6, 2001.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Jeff M. TESSIER and Woodward G. Brown.**

**No. 01–1352.**

United States Court of Appeals, Federal Circuit.

Sept. 6, 2001.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**SOBSTAD CORPORATION, Plaintiff–Cross Appellant,**

v.

**WINDWAY CAPITAL CORPORATION, North Sails Group, Inc., North Sails Group, LLC., Thomas A Whidden, Jay Hansen, and Terry Kohler, Defendants–Appellants.**

**Nos. 01–1081, 01–1082.**

United States Court of Appeals, Federal Circuit.

Sept. 10, 2001.

### ORDER

The parties having so agreed, it is